# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ANGELA BAJOIE A/K/A ANGELA
LAWS BAJOIE

VERSUS

JPMORGAN CHASE BANK, N.A.,
DEAN MORRIS LAW FIRM, LLP,
WELLS FARGO BANK, N.A./ASC
AND DEUTSCHE BANK

NO. 2021 CW 1290

**DECEMBER 6, 2021**

---

In Re:   Wells Fargo Bank, N.A. and Deutsche Bank Trust Company
Americas, F/K/A Bankers Trust Company, As Trustee for
RASC 2001-KS3 Trust, applying for supervisory writs,
19th Judicial District Court, Parish of East Baton
Rouge, No. 612486.

---

**BEFORE:   McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT DENIED.**

                                    JMM
                                    WIL
                                    EW

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT